IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR31 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DANIEL CAMPBELL, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the parties,

IT IS ORDERED that Defendant Campbell's revocation hearing has been rescheduled before the undersigned United States district judge to Wednesday, February 28, 2007, at 1:00 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

January 4, 2007.                BY THE COURT:

                                s/ *Richard G. Kopf*
                                United States District Judge