IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:01CR31 and 8:06CR359 |
| v. | ) | |
| DANIEL J. CAMPBELL, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the government's Motion to Continue Sentencing (Filing No. 56 in 4:01CR31 and Filing No. 34 in 8:06CR359) is granted. The final disposition/sentencing is continued to **September 21, 2007, at 9:30 a.m.**, Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 1st day of August, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge